ABRAHAM NORWALK et al., Individually and as Copartners under the Firm Name of NORWALK BROS., Appellants, *v.* BERNARD K. MARCUS et al., Defendants, and BANK OF UNITED STATES, Respondent.

(Submitted January 27, 1933; decided March 1, 1933.)

616

*Irving D. Lipkowitz* for appellants.

*Arthur Ofner, Warren C. Fielding, Charles F. Preusse* and *Carl J. Austrian* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.